IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN VISCOUNTE and <br> JEAN VISCOUNTE, <br>      Plaintiffs, <br> <br> v. <br> <br> LIBERTY MUTUAL GROUP, <br>      Defendant. | : <br> : CIVIL ACTION <br> : <br> : <br> : No.: 11-cv-6387 <br> : <br> : <br> : <br> : |

## O R D E R

**AND NOW**, this  14TH  day of December, 2012, upon consideration of Defendant First Liberty Insurance Corporation's (erroneously identified as "Liberty Mutual Group") Motion for Summary Judgment (Doc. No. 20), Plaintiffs' Response in Opposition (Doc. No. 24), and Defendant's Reply (Doc. No. 26), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

JUDGMENT IS ENTERED in favor of Defendant and against Plaintiffs. This case is CLOSED.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE